### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**BILLY RAY BURGE, JR.**                                                     **PLAINTIFF**
**#2762**

**V.**                                        **No. 3:25-CV-00184-JM**

**DOE; and SHARP COUNTY DETENTION**
**CENTER**                                                                 **DEFENDANTS**

### <u>JUDGMENT</u>

Consistent with the Order on this day, this case is dismissed without prejudice. All relief

sought is denied, and the case is closed.

Dated this 1st day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE